Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
M. King Hill, III
David J. Heubeck
VENABLE LLP
750 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
IN RE:                                                                    :
Fosamax Products Liability Litigation         :         1:06-md-1789 (JFK)
                                                                          :
-------------------------------------------------------x
*This Document Relates to:*                         :         **NOTICE OF APPEARANCE**
Yvonne Jordan and Randall Jordan             :
v. Merck & Co., Inc., Roche Laboratories    :
Inc., SmithKline Beecham Corporation,       :
GlaxoSmithKline and SmithKline Beecham :
Corporation d/b/a GlaxoSmithKline            :
                                                                          :
Case No: 1:08-cv-5554-JFK                          :
-------------------------------------------------------x

     PLEASE TAKE NOTICE that Paul F. Strain hereby enters his appearance as counsel of record in the above referenced causes of action. All inquiries, pleadings and court documents should be filed and served upon the undersigned.

Dated: July 24, 2008
    New York, New York

Respectfully submitted,

By: _____/s/_____
   Paul F. Strain

Venable LLP
750 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 244-7717
Fax: (410) 244-7742
Email: pfstrain@venable.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 24, 2008, the foregoing NOTICE OF APPEARANCE was filed electronically and served electronically, pursuant to the Court's Case Management Order, via the Court's CM/ECF system.

                                                        /s/
                                     Paul F. Strain

                                   Venable LLP
                                   750 E. Pratt Street, Suite 900
                                   Baltimore, Maryland 21202
                                   (410) 244-7717
                                   Fax: (410) 244-7742
                                   Email: pfstrain@venable.com