**ESSENTIAL SERVICES GROUP**
**555 EIGHTH AVE., SUITE 1901**
**NEW YORK, N.Y. 10018**
**TEL..212-760-2300**
**FAX-212-760-0188**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YVONNE JORDAN, ET AL.

VS.                    INDEX#08civ5554

MERCK & CO., INC., ET AL.

---

State of New York, County of New York,SS:

   JACK JOHNSON, being duly sworn deposes and says that deponent is over the age of eighteen years: Is not a party to this action and is a resident of New York State.
   On **AUGUST 12/08 AT 1:20P.M.** at:
**C/O CT CORPORATION SYSTEM**
**111 EIGHTH AVE.**
**NEW YORK, N.Y. 10011**  Deponent served the annexed:
**SUMMONS IN A CIVIL CASE;**
**NOTICE OF ELECTRONIC FILING;**
**COMPLAIN T AND DEMAND FOR JURY TRIAL**

on **MERCK & CO., INC.**
by delivering thereat a true copy to AXIA FLORES (PROCESS SPECIALIST)
)
personally; Who represented to deponent the (s)he was authorized to accept service of process on behalf of MERCK & CO., INC.

   Deponent describes the individual served as follows:
Sex/Race(skin color): FEMALE/ BROWN
Hair/ Approximate Age: BROWN/ 47 YRS,
Approximate height/Approximate weight: 5'5"/125 LBS.

*Jack Johnson*

/ PS 8-08- -   40
sworn to before me this
13  day August/08

*[Notary signature and seal: Julius D. Ringelheim, No. 01RI4-987686, Qualified in Queens County, Commission Exp. 3/23/11, Notary Public State of N.Y.]*