Michael R. Griffinger
**GIBBONS P.C.**
One Pennsylvania Plaza, 37th Floor
New York, New York 10019-3701
(212) 613-2000
Attorneys for Defendants Roche Laboratories Inc.,
SmithKline Beecham Corporation and
SmithKline Beecham Corp. d/b/a GlaxoSmithKline

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YVONNE JORDAN AND RANDALL JORDAN,<br><br>  Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC., ROCHE LABORATORIES INC., SMITHKLINE BEECHAM CORPORATION, GLAXOSMITHKLINE AND SMITHKLINE BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE,<br><br>  Defendants. | Case No: 1:08-cv-5554-JFK<br><br>**CORPORATE DISCLOSURE STATEMENT - - DEFENDANT ROCHE LABORATORIES INC.**<br><br>*DOCUMENT FILED ELECTRONICALLY* |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualifications or recusals, the undersigned counsel of record for Defendant Roche Laboratories Inc. certifies the following:

1. Roche Laboratories Inc. is the wholly-owned subsidiary of Hoffmann-La Roche Inc. Neither Roche Laboratories Inc. nor Hoffmann-La Roche Inc. is publicly-held corporations. Hoffmann-La Roche's ultimate parent, Roche Holding Ltd., is publicly traded in the United States.

2. Hoffmann-la Roche Inc. further states that Novartis AG, a publicly-held company, owns approximately 32.7% of the voting shares of Roche Holding Ltd., but has no

representation on the board of directors of Roche Holding Ltd. and does not in any way control Roche Holding Ltd. or any of its subsidiaries.

3.  Genentech, Inc., one of Defendants' affiliate companies, is also publicly held.

4.  Apart from Roche Holding Ltd. (and, indirectly, Novartis AG), there is no publicly-held company with a 10% or greater ownership of Hoffmann-La Roche Inc.

DATED:   New York, New York
         September 2, 2008

Respectfully submitted,

By: _____
Michael R. Griffinger
**GIBBONS P.C.**
Attorneys for Defendants
Roche Laboratories Inc.,
SmithKline Beecham Corporation and
SmithKline Beecham Corp. d/b/a
GlaxoSmithKline
One Pennsylvania Plaza, 37th Floor
New York, New York 10019-3701
(212) 613-2000
mgriffinger@gibbonslaw.com