Michael R. Griffinger
**GIBBONS P.C.**
One Pennsylvania Plaza, 37th Floor
New York, New York 10019-3701
(212) 613-2000
Attorneys for Defendants Roche Laboratories Inc.,
SmithKline Beecham Corporation and
SmithKline Beecham Corp. d/b/a GlaxoSmithKline

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YVONNE JORDAN AND RANDALL JORDAN,<br><br>    Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC., ROCHE LABORATORIES INC., SMITHKLINE BEECHAM CORPORATION, GLAXOSMITHKLINE AND SMITHKLINE BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE,<br><br>    Defendants. | Case No: 1:08-cv-5554-JFK<br><br>**CORPORATE DISCLOSURE STATEMENT - - DEFENDANTS SMITHKLINE BEECHAM CORPORATION AND SMITHKLINE BEECHAM CORP. D/B/A GLAXOSMITHKLINE**<br><br>*DOCUMENT FILED ELECTRONICALLY* |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualifications or recusals, the undersigned counsel of record for Defendants SmithKline Beecham Corporation and SmithKline Beecham Corp. d/b/a GlaxoSmithKline certify the following:

1.    Defendant SmithKline Beecham Corporation, which does business under the name GlaxoSmithKline, is owned, through several levels of wholly owned subsidiaries, by GlaxoSmithKline plc, a publicly held English limited company. GlaxoSmithKline plc has no parent company.

2. No publicly traded company owns ten percent (10%) or more of the outstanding shares of GlaxoSmithKline plc.

Dated: September 2, 2008
       New York, New York

Respectfully submitted,

By: _____
Michael R. Griffinger
**GIBBONS P.C.**
Attorneys for Defendants
Roche Laboratories Inc.,
SmithKline Beecham Corporation and
SmithKline Beecham Corp. d/b/a
GlaxoSmithKline
One Pennsylvania Plaza, 37th Floor
New York, New York  10019-3701
(212) 613-2000
mgriffinger@gibbonslaw.com

2